1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

11

LASHON MCCRARY,                                )        Case No. CV 12-09252-JEM
                                               )
12                                             )
                        Plaintiff,             )
13                                             )        **JUDGMENT**
            v.                                 )
14                                             )
CAROLYN W. COLVIN,                             )
15  Acting Commissioner of Social Security,    )
                                               )
16                      Defendant.             )
                                               )

17

18      In accordance with the Memorandum Opinion and Order Reversing Decision of

19  Commissioner and Remanding for the Immediate Payment of Benefits filed concurrently

20  herewith,

21      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security

22  is reversed and remanded for immediate payment of benefits, in accordance with law and

23  with the Memorandum Opinion and Order.

24

25  DATED: May 23, 2013                              */s/ John E. McDermott*
                                                    JOHN E. MCDERMOTT
26                                                  UNITED STATES MAGISTRATE JUDGE

27

28